UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2019

SEAN F. McAVOY, CLERK

DEBORAH S.,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 1:18-CV-3159-JTR

ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 15. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Lars Joseph Nelson represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 5. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 15**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) will hold a *de novo* hearing, further develop the record as necessary, and issue a new decision with respect to Plaintiff's application for disability insurance benefits, under Title II of the Social Security Act. On remand, the ALJ shall offer Plaintiff the opportunity for a

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

hearing, obtain additional evidence from a vocational expert, and issue a new decision.  Plaintiff may present additional testimony and submit additional evidence.

    2.    **Judgment shall be entered for PLAINTIFF**.

    3.    Plaintiff's Motion for Summary Judgment, **ECF No. 11**, is **STRICKEN AS MOOT**.

    4.    An application for attorney fees and costs may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED April 18, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE